IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
11 SEP -9 PM 4: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Derrell D. McBroom Jr.
#1126400
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Shelby County Jail et, Al
Correct Care Solutions
_____
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✗)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: _____N/A_____

         Defendants: _____N/A_____

      2. Court (if federal court, name the district; if state court, name the county): N/A

      3. Docket Number: N/A
      4. Name of judge to whom case was assigned: N/A
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

      6. Approximate date of filing lawsuit: N/A

      7. Approximate date of disposition: N/A

Revised 4/18/08

II. Place of Present Confinement: 201 Poplar Ave 38103 (Shelby County Jail)
A. Is there a prisoner grievance procedure in the institution?
Yes (●) No ( )
B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (●) No ( )
C. If your answer is Yes:
1. What steps did you take? I a filed medical request slips / app. + Grievance forms
2. What was the result? no resualts as of yet, they still clame to be looking for medical Records / still Pending after 2 month
D. If your answer is No, explain why not: _____

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
A. Name of Plaintiff Derrell D. McBroom Jr
Address 201 Poplar Ave Mem. Tn 38103

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
B. Defendant "Mental Health Doctor" Don't know name or cant spell name is employed as The mental Healt Doctor
at 201 Poplar Ave Memphis Tn 38103

C. Additional Defendants: Bill Oldham Sheriff Shelby Co, Chief Bower, Charlene McGhee, Patricia Fields, Wanda Buga, Robert Shaw

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

I came to jail on 7-2-11. I'm a Veteran and suffer from numerous mental disorders. I've been put in lock down and all kinds of things. I've filed grievance forms requesting my medication and still (2 months later) haven't gotten them. I've been told by Ms. Jackson to stop filling out grievance forms and medical Request forms, every Defendant named is responsible by association (employed by Shelby County) Jail Denial of Medication

-2-

Revised 4/18/08

V. Relief
<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

for no other veteran to go through the same things I've been through.
Re-do medical contract
25 million
up grade laws on SCJ and provisions
need a mental Health staff instead of relying on medical staff

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 7th day of September, 2011.

_____
(Signature of Plaintiff/Plaintiffs)

Derrell D. McBroom #1112640D
201 Poplar Ave
Memphis TN 38103

RECEIVED
11 SEP -9 PM 4:27
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SHELBY COUNTY JAIL

US District Court W.D of Tenn
242 Federal Bldg 167 W. Main
Memphis TN 38103

UNITED STATES POSTAGE
02 1M
0004219501
MAILED FROM ZIPCODE 38103
$00.64⁰
SEP 08 2011
PITNEY BOWES

INDIGENT