# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

DERRELL D. McBROOM, JR.,
Plaintiff,

v.                                                                  Cv. No. 2:11-2784-JDT-tmp

SHELBY COUNTY JAIL, ET AL.,
Defendants.

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the order entered in the above styled matter on 11/7/11, the complaint is hereby **DISMISSED** without prejudice, pursuant to Fed.R.Civ.P.41(b).

**APPROVED:**

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**